IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GLORIA WILLSON; and ROBIN OLIVER,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-65 |

**O R D E R**

    Before the Court is a "Stipulation of Dismissal," signed and filed by counsel for Plaintiff and counsel for each Defendant, in which the parties advise that they stipulate to the dismissal of Metropolitan Life Insurance Company's claims in this action with prejudice, and to the dismissal of Robin Oliver's cross-claim against Gloria Willson without prejudice. (Doc. 23.) They further stipulate that each party is to bear its own attorneys' fees and costs. (Id.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Metropolitan Life Insurance Company's claims in this case have been **DISMISSED WITH PREJUDICE** and Robin Oliver's cross-claim has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

    **SO ORDERED**, this 16th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA